**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FERNANDO TZIRIC-MAAZ,** *Petitioner,* | : | |
| v. | : | **CIVIL NO. 26-5166** |
| **J.L. JAMISON et al.,** *Respondents.* | : | |

## ORDER

**AND NOW,** this **28th** day of **July 2026,** upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) and the Government's Response (ECF No. 4), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Petitioner from custody immediately and file a certificate of compliance on the docket no later than **5:00 p.m. on July 29, 2026**.
2. The Government is enjoined from detaining Petitioner under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.
3. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

**HONORABLE KAI N. SCOTT**
**United States District Court Judge**